# CSM Legal, P.C.

**MEMO ENDORSED**

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

December 8, 2021

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

Re:   Argueta Tarax et al v. Building Your Dream Inc., et al.
      Case No.: 7:21-cv-00008-KMK

Dear Judge Karas:

This firm represents Plaintiffs in the above-referenced matter. I write to respectfully request a sixty (60) day extension of time to file our Motion for a Default Judgement.

Pursuant to the Court's order dated December 7, 2021, the Court directed the Plaintiffs to file a motion for default judgement by December 20, 2021. However, I was recently assigned this case, and I have not had the opportunity to gather all the required documents for submission. Please note my Notice of Appearance filed on December 7, 2021.

As such, I respectfully request a sixty (60) day extension of time to file our Motion for a Default Judgement.

This is the first request for an extension of time to file our Motion for Default Judgement.

Thank you for your time and consideration of this matter.

Granted, but there will be no further extensions.

So Ordered.
*[signature]*
12/8/21

Respectfully Submitted,

*/s/ Bryan D. Robinson*
Bryan D. Robinson, Esq.
CSM Legal, P.C.
*Attorneys for Plaintiff*

*Certified as a minority-owned business in the State of New York*