UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

FELIPE ARMANDO ARGUETA TARAX,
LUIS ARGUETA TARAX, and EDGAR
DAVID ARGUETA TARAX, *individually and
on behalf of others similarly situated,*

              *Plaintiffs,*

-against-

BUILDING YOUR DREAM INC. (D/B/A
BUILDING YOUR DREAM INC.) and
ANTONIO DASILVA FILHO (A.K.A.
ANTHONY),
      *Defendants.*
----------------------------------------------------------X

Index No: 7:21-cv-00008-KMK

~~PROPOSED~~
DEFAULT JUDGMENT

On January 4, 2021, this action was commenced by Plaintiff's filing of the complaint. (Dkt. No. 1). The summons and complaint in this action having been duly served on defendants Building Your Dream Inc. (d/b/a Building Your Dream Inc.) and Antonio Dasilva Filho (a/k/a Anthony) and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiff, by her attorneys CSM Legal, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiffs Felipe Armando Tarax, Luis Argueta Tarax, and Edgar David Argueta Tarax have judgment against Defendants Building Your Dream Inc. (d/b/a Building Your Dream Inc.) and Antonio Dasilva Filho (a/k/a Anthony), in the amount of $97,841.62, including compensatory damages and permissible liquidated damages and prejudgment interest, plus post judgment interest as provided in 28 U.S.C. § 1961(a).

That the Plaintiffs are awarded attorneys' fees and costs in the amount of $2787.50.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgement shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

ISSUED: __March 8_____, 2022

_____
HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

To:

Building Your Dream Inc.
d/b/a Building Your Dream Inc.
74 Washington Avenue
New Rochelle, NY 10801

Antonio Dasliva Filho
74 Washington Avenue
New Rochelle, NY 10801